**Order entered January 19, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00637-CV

### ROBERT M. MOORE AND REBECCA MOORE, Appellants

### V.

### THE BRIDGES ON TRAVIS, Appellee

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2020-2-072CV**

## ORDER

Before the Court is appellants' second motion for extension of time to file their corrected brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 29, 2021. We caution that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE